# National Archives and Records Administration
# Pacific Region (Laguna Niguel)

**Record Group:** 21, Records of the Courts of the United States

**Agency or Division:** Southern District of California

**Series:** Civil Dockets

**Folder Title:** 72-271

**Box Number:** 13

For guidance citing records, ask for a copy of *Citing Records in the National Archives of the United States* (GIL 17) or view it at: www.archives.gov/publications/general_information_leaflets/17.html

Case 3:72-cv-00271-S   Document 1   Filed 05/28/08   Page 2 of 10

Received at: 9:07AM, 5/28/2008

MAY. 28. 2008  8:51AM       Reproduced from the holdings of the National Archives and Records Administ  NO. 9411    P. 36
                                        Pacific Region (Laguna Niguel)

D. C. 106

**DOCKET**                                                                 72 271 S

| TITLE OF CASE | ATTORNEYS |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs ESCONDIDO MUTUAL WATER COMPANY and VISTA IRRIGATION DISTRICT, Defendants. | For Plaintiff: Keith E. McWilliams Assist U. S. Atty. 293-5665 For Defendant: |

BASIS OF ACTION: Complt for damages, declaratory relief, breach of contract, reformation of contract purs to 28:1345

JURY TRIAL CLAIMED ON

Consolidate w/ 69-211

| DATE | PLAINTIFF'S ACCOUNT | RECEIVED | DISBURSED | DATE | DEFENDANT'S ACCOUNT | RECEIVED | DISBURSED |
|---|---|---|---|---|---|---|---|

THIS CASE HAVING BEEN PENDING FOR OVER THREE YEARS, ALL PRESENTLY CONTEMPLATED PROCEEDINGS HAVING BEEN COMPLETED, AND THERE HAVING BEEN NO ACTION HEREIN FOR OVER 12 MONTHS, THERE APPEARS TO BE NO FURTHER REASON AT THIS TIME TO MAINTAIN THE FILE AS AN OPEN ONE FOR STATISTICAL PURPOSES, AND THE CLERK IS INSTRUCTED TO SUBMIT A JS-6 FORM TO THE ADMINISTRATIVE OFFICE.

NOTHING CONTAINED IN THIS MINUTE ENTRY SHALL BE CONSIDERED A DISMISSAL OR DISPOSITION OF THIS MATTER, AND, SHOULD FURTHER PROCEEDINGS IN IT BECOME NECESSARY OR DESIRABLE, ANY PARTY MAY INITIATE IT IN THE SAME MANNER AS IF THIS MINUTE ENTRY HAD NOT BEEN ENTERED.

| ABSTRACT OF COSTS | | RECEIPTS, REMARKS, ETC. |
|---|---|---|
| TO WHOM DUE | AMOUNT | |

MAY. 28. 2008  8:51AM    NARA Reproduced from the holdings of the National Archives and Records Administration – Pacific Region (Laguna Niguel)    NO. 9411    P. 37

72 271 S    U.S.A. vs ESCONDIDO MUTUAL WATER COMPANY,

| DATE | FILINGS—PROCEEDINGS | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|
| 7-17-72 | Fld complt for damages, declaratory relief, breach of contract, reformation of contract t/w exh. Issd summons to mars. MADE JS-5 CARD. | |
| 7-28-72 | Fld return of summons as to John W. Collins and as to B. C. Wohlford served on 7-25-72. | |
| 8-4-72 | Fld stip extending time of Vista Irrigation Dist to answer or otherwise plead w/ord thereon extending time to & including 10-31-72. (S) | |
| 8-14-72 | Fld stip & ord for extension of time to answer or otherwise reply to complt w/ord thereon that deft Escondido Mutual Water Co. has to 9-15-72 in which to answer. (S) | |
| 9-20-72 | Fld stip w/ord thereon for extension of time to answer or otherwise reply to complt for deft Escondido Mutual Water Co to 10-31-72. (S) | |
| 9-27-72 | Fld not of mot & mot to consolidate for 10-2-72 @ 10am by plntf. Fld plntf's not of mot for 10-2-72 @ 10am & mot to amend court ord & to make ord applicable to Vista Irrigation Dist; fld mot to shorten time for serv of not of mot w/ord thereon. (S); fld memor of P/A in suppt of mots. | |
| 9-28-72 | Fld affid of Robert S. Pelcyger; fld affid of Robert D. Ringo. Fld affid of personal service. | |
| 9-29-72 | Fld affid of personal service of notice of mot fld on 9-27-72. | |
| 10-2-72 | Ent ord plntf's mot to amend the CT's ord of 4-21-71 is denied; ord plntf's mot to consolidate actions with 69-217-S & 72-276-S is granted & cnsl for plntf shall prepare an order. (S) | |
| 10-2-72 | Fld memor in oppos to plntf's mot to require water releases from Henshaw Dam during the months of Oct. & Nov. 1972; fld affid of Richard S. Harper; fld affid of James A. Hanson. | |
| 10-13-72 | LODGED plntf's findings of fact & conclusions of law and lodged order denying motion to amend court ord & to make ord applicable to Vista Irrigation District & granting mot to consolidate t/w affid of serv. | |
| 10-20-72 | Fld deft's obj to proposed findings of fact & conclusions of law & ord & request for additions & amendments. | |
| 10-24-72 | Fld affid of serv by mail of obj fld 10-20-72. | |
| 10-31-72 | Fld stip w/ord thereon for extension of time to answer or otherwise reply to complt to 11-30-72. (S) | |
| 11-2-72 | Fld stip w/ord thereon extending time of Vista Irrigation Dist to answer or otherwise plead to 11-10-72. (S) | |
| 11-3-72 | Fld stp w/ord thereon extending time of Vista Irrigation Dist to answer or otherwise plead to 11-10-72 (S) | |

CONT-

2-271-S

U.S.A.  vs  ESCONDIDO MUTUAL WATER COMPANY, et al

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 11-15-72 | Fld stip w/ord thereon extending time of Vista Irrigation District to answer or otherwise plead to 11-30-72. (S) | |
| 11-29-72 | Fld by Rincon & La Jolla Bands of Mission Indians - Stip for continuance of Vista Irrigation Dist's mot to dismiss the complt of the Rincon Band of Mission Indians & La Jolla Band of Mission Indians, set for 11-27-72 shall be cont. to 1-8-73@10a.m.; that time which pltfs may submit their memo of pts & auths in opposn to Vista Irrigation District's mot to dismiss shall be extended to 12-11-72. (S) | |
| 12-4-72 | Fld stip w/ord thereon extending time of Vista Irrigation Dist to answer or otherwise plead to 12-15-72. (S) | |
| 12-6-72 | Fld findings of fact & conclusions of law that the mot of La Jolla Band to amend CT's ord of 4-21-71 may be appropriate under conditions that exist at a later time; that the mot of Rincon & La Jolla Bands to consolidate the proceedings. (S) Fld order denying mot to amend CT ord & to make ord appl to Vista Irrigation Dist & granting mot to consolidate with cases # 69-217-S & with #72-276-S. (S) | |
| 12-19-72 | Fld not of mot to dism & mot for a more definite statement by atty for defts, noticed for 1-9-73 @ 9am, t/w affid of serv by mail. | |
| 12-22-72 | Fld deft's affid of serv by mail of above pleadings fld 12-19-72. | |
| 1-4-73 | Fld statement of US position, hrg on mot to dism in case No. 72-276-S. | |
| 1-4-73 | Fld ANSWER & cross claim of deft Vista Irrigation District. | |
| 1-8-73 | Fld response of Rincon & La Jolla Bands of Mission Indians to the mot of Escondido Mutual Water Co. to dism civil No. 72-271-S. Fld memor of P/A in opposition to deft's mot to dism & mot for a more definite statement. | |
| 1-9-73 | HRG MOTS - Ent ord hrg mot to dism on #72-276-S denied; ord mot to dism in this case denied; ord cnsl to prepare order on 72-276-S. (S) | |
| 1-19-73 | LODGED order denying motions to dism civil no. 72-276-S & 72-271-S. | |
| 1-23-73 | Fld affid of serv by mail of statement of US position fld 1-4-73. | |
| 1-30-73 | Fld ord denying deft's mot to dism. (S) cys mld. (Ent 1-31-73) | |
| 3-7-73 | Fld not of mot for 4-2-73 @ 10am & pltf's mot to dism; fld memor of P/A in supprt of mot to dism t/w affid of serv by mail. | |
| 3-30-73 | Fld stip w/ord thereon cont hrg from 4-2-73 to 4-30-73 @ 10am. (S) | |
| 4-30-73 | Fld ANSWER & counter-claims by deft Escondido Mutual Water Co. t/w exh. | |
| 4-30-73 | HRG MOTS - Ent ord mots off calendar. (S) | |
| 5-2-73 | Fld affid of serv by mail of answer fld 4-30-73. | |
| 5-8-73 | Fld stip w/ord thereon that the action be dism w/prejudice | |
| 5-14-73 | Fld AMENDED ANSWER of deft Vista Irrigation Dist t/w exh. | |
| 5-15-73 | Fld voluntary dism w/o prejudice of first, second & third cross claims of deft Vista Irrigation Dist w/ord thereon t/w affid of serv by mail. (S) | |
| 5-16-73 | Fld withdrawal of mot to dism by attys for pltfs t/w affid of serv. Fld not of mot for 5-29-73 @ 10am & mot for preliminary injunction & orders pendente lite; fld memor of P/A in suppt of request for injunction etc., t/w exhibits & affid of serv by mail. | |
| 5-17-73 | Fld not of mot for 5-29-73 @ 10am & mot to join pltf USA's mot for preliminary injunction & orders pendente lite & memor of P/A by atty for pltf t/w affidavits. | |
| 5-21-73 | Fld memor of P/T of the Rincon & La Jolla Bands of Mission Indians in suppt of mot for US for preliminary injunction & orders pendente lite; fld affid of John R. Crippen; fld affid of serv by mail. | |
| 5-29-73 | HRG MOTS - Ent ord mot for preliminary injunction & ord pendente lite cont to 6-6-73 @ 9:30am, for hrg. (S) Fld affids of Edward T. Arviso & William Howard Kolb t/w certif of serv. | |

Cont'd

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 5-31-73 | Fld joint memor of Escondido & Vista in opposition to "request for injunction & orders pendente lite"; fld affids of Thomas M. Wilson & David O. Powell, differences in computed & published inflow to Lake Henshaw; fld affid of Thomas M. Wilson; fld affid of David O. Powell; fld affid of James A. Hanson; fld affid of Lawrence R. Michaels t/w exh; fld affid of Donald R. Lincoln t/w exh; and fld affid of serv by mail. | |
| 6-1-73 | Fld defts' not of mot for 6-18-73 @ 10am & mot. to modif CT's orders by releasing all impounded semi-annual payments & permitting direct payment of future semi-annual payments to the tendering shareholders of Escondido Mutual Water Co.; fld affid of Richard S. Harper; fld affid of William G. Mitchell; fld memor of P/A in suppt of mot t/w affid of serv by mail. | |
| 6-5-73 | Fld affid of Thomas M. Stetson consulting engineer t/w exh. | |
| 6-6-73 | HRG MOTS - Ent ord Rincon Bank of Mission Indians make mot to withdraw from joinder in mot for preliminary injunction - ord mot granted; ord mots of govt for preliminary injunction etc. are denied; ord defts to prepare findings & conclusions. (S) | |
| 6-18-73 | HRG MOTS - Ent ord mot to modif CT's ord is hereby cont to 6-25-73 @ 10am. (S) | |
| 6-20-73 | Fld suppl affid of William G. Mitchell t/w affid of serv. | |
| 6-22-73 | Fld statement of U.S. in oppos to mot of Escondido Mutual Water Co. to modif the CT's orders by releasing all impounded semi-annual payments and permitting direct payment of future semi-annual payments to tendering shareholders of Escondido Mutual Water Co. in case No. 69-217-S; fld memor of P/A of the Rincon & La Jolla Bands of Mission Indians in oppos to mot to modif the CT's orders by releasing all impounded semi-annual payments & permitting direct payments of future semi-annual payments to tendering shareholders of Escondido Mutual Water Co. in case No. 69-217-S t/w affid of serv. | |
| 6-25-73 | HRG MOTS - Ent ord hrg mot to modif CT's orders by releasing all impounded semi-annual payments & permitting direct payment of future semi-annual payments to the tendering shareholders of Escondido Mutual Water Co. in case 69-217-S denied; plntf to prepare order. (S) | |
| 6-29-73 | Fld stip for cont and order thereon cont from 6-18-73 to 6-25-73 @ 10 am by atty's for pltf. | |
| 7-19-73 | Fld stip w/ord thereon re investment of funds in civil No. 69-217-S that CT orders of 8-7-70, 4-21-71 & 7-21-71 may be modified. (S) | |
| 7-19-73 | LODGED deft's findings of fact & conclusions of law & sent to judge. | |
| 8-6-73 | Fld plntf's objections of the Rincon & La Jolla Bands of Mission Indians to proposed findings of fact & conclusions of law t/w certif of mailing. | |
| 8-10-73 | LODGED deft's City of Escondido & Escondido Mutual Water Co.'s findings of fact & conclusions of law & sent to Judge. Also LODGED ord denying mot of U.S. for preliminary injunction & orders pendente lite. | |
| 8-13-73 | LODGED plntf's ord denying mot to modif the CT's orders by releasing all impounded semi-annual payments & permitting direct payment of future semi-annual payments to the tendering shareholders of Escondido Mutual Water Co. in case 69-217-S & sent to judge. | |
| 8-13-73 | Fld findings of fact & conclusions of law; fld ord denying mot of U.S. for preliminary injunction & ord pendente lite. (S) (Ent 8-14-73) t/w affid of serv. | |
| 8-14-73 | Fld objections of the U.S. to findings of fact & conclusions of law submitted by deft Escondido Mutual Water Co. t/w affid of serv. | |
| 8-15-73 | Fld ord denying mot to modif the CT's orders by releasing all impounded semi-annual payments & permitting direct payment of future semi-annual payments to the tendering shareholders of Escondido Mutual Water Co. in Case No. 69-217-S. (S) | |
| 6-13-74 | Fld ord that OSC fld 6-7-74 be vacated & that request for OSC be denied. (T) (Ent 6-14-74) Mld cys. | |
| 5-21-76 | Fld def Vista Irrig Dist Stip Pala Reservation, Vista Irrigation Dist and contract between William Henshaw and USA dtd 6-23-22 is approved. (S) | -Cont- |

Reproduced from the holdings of the National Archives and Records Adminis...
Pacific Region (Laguna Niguel)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 72-0271-S |
|---|---|---|
| U.S.A. | ESCONDIDO MUTUAL WATER CO., et al., | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10-31-77 | | Ent ord hrg defts mot to mod Ct's orders by releasing all impounded semi-annual payments & permit direct pymt of future semi-annual pymts to tendering shareholders of Escondido Mutual Water Co. Mot cont to 11-29-77 @ 9am for hrg. (S) |
| 11-7-77 | | Fld. stip. & ord that deft's mot. to modify ct's ord. cont. to 11-29-77 @ 9am (S) |
| 11-18-77 | | Fld memo of points and authos in opposition to mot to mod the cts orde t/w cert of serv by mail. |
| 11-21-77 | | Fld. memo in opposition to defts' mot. to modify the ct's ord. requir. control of semi annual pymts. t/w cert. of serv. |
| 11-23-77 | | Fld. supplemental memo in support of mot. to modify the ct's ord by releasing all semi annual paymt. t/w affid. of serv. Fld. affid. of Lawrence Michaels. |
| 11-29-77 | | Ent. ord. hrg. deft's mot. to modify ct's ord. re semi-annual pymts. denied. Pltff to prepare ord. Cont to 1-31-88 @ 9am for Status conf. (S) |
| 1-5-78 | | Ent. ord. cont. to 2-22-78 for hrg. @ 9am Vacate 1-31-78. (S) Fld. findings of fact & conclusions of law & ord. denying mot. tomod. the ct's ord. releasing all impounded semi-annual paymts. & permitt. direct paymt. of future semi-annual paymts to tendering shareholders of Escondido Mutual Water Co t/w cert. of serv. (S) (Ent. 1-9-78) |
| 2-22-78 | | Ent ord - S/C & stip & ORD that P/T ORD is to be lodged by 11-1-78, P/T set for 11-13-78 at 10:30 A.M., and Trial is set for 2-13-79 at 9 a.m. (S) |
| 4-3 | | Fld Pltfs notice and motion for leave to file an amended complaint for 4-24-78 at 10:30a.m.; memorandum in support of the motion. LODGED first amended complaint. w/affid of serv. |
| 4-13 | | Fld Pltfs notice of motion & motion to add and drop parties for 4-24-78 at 10:30a.m.; memo of pts & auths in support of motion w/certificate of service. |
| 4-19 | | Fld Pltfs motion to remove hearing from calendar and order removing hearing of 4-24-78 from calendar (S) |
| 6-26 | | Fld. addendum to the stip of 2-22-78 & ord. (S) |
| 6-29 | | Fld. stip & ord. granting USA mot. for leave to file amended complt (S) Fld. stip & ord. that the Rincon & LaJolla Bands of Mission Indians are added as parties (S) |
| 7-24 | | Fld Plantif's Request for Admissions, T/W Certif of Svc. Fld Pltfs Request for Porduction of Documents, T/W Certif of Svc. |
| 8-14 | | Fld Stip & ord that Plntfs & Defts may have ext of time from 7-26-78 to 8-18-78, in which to answ or respond to the amended complnt. (S) |
| 8-23 | | Fld Stip & ord that Plntfs & Defts may have ext of time from 8-18-78 to 9-5-78, in which to answ or respond to the amended complnt. (S) |
| 8-24 | | Fld Stip for Ext of time from 8-23-78 to 9-5-78, & ord thereon, re request for admissions. (S) |

DC-111A REV. (1/75)

Reproduced from the holdings of the National Archives and Records Administration, Pacific Region (Laguna Niguel)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | | DEFENDANT | DOCKET NO. _____ |
|---|---|---|---|
| | | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9-8 | | Fld Def EMW Company's Response to Plntf US Request for Admissions, T/W Answ & counterclaims by Def EMW Company to the First amended complnt, T/W Affid of Svc. |
| 9-21 | | Fld Def Vista Irrigation District's Response to Plntf US's Request for admissions, T/W Cert of Svc. |
| 10-3 | | Fld for deft., Vista Irrigation District, ANSWER of deft. Vista Irrigation District to First Amended Complaint in Civil #72-271-S, & Aff of svc by mail. |
| 11-6-78 | | Fld Stip Extending time to respond to counterclaims & Ord thereon. (S) |
| 11-13 | | Ent ord cont to 1-8-79 @10:30am for P/T. (S) |
| | | Fld Not of Mot set 1-8-79 @10:30am T/W Mot to Dismiss Def Escondido Mutual's Counterclaims & Memo in support T/W Cert of Svc |
| 12-27 | | Fld. pltff mot. to vacate the mot. to dism. not. for 1-8-79 at 10:30 |
| 1-4-79 | | Fld Stip & Ord setting New P/T Schedule & Trial Date: Discovery completed on or beofre 4-18-79; P/T set 5-14-79; & trial set 6-25-79. & Ord thereon. (S) |
| 1-18 | | Fld stipulation of facts & Order thereon. (S) |
| 4-26-79 | | Fld Not of Mot set 5-14-79 @10:30am., to Join in Mot for Partial S/J of US, t/w Mot to Join, Bands Mem of P/As in support & Cert of Svc. |
| 4-30-79 | | Fld Legislative History of the Mission Indian Relief Act. |
| 5-2-79 | | Fld Mot for Partial S/J. (Belongs with Mot fld 4-26-79). |
| 5-14-79 | | Ent ord Govt & Md. Bond mots for Partial S/J cont to 7-16-79 @10:30am cont to 10-1-79 @10:30am for P/T hrg., trial date of 6-25-79 vacated. J/T reset for 11-13-79 @9am. (S) |
| 5-21-79 | | Fld Stip & Ord setting New P/T Sched., trial date, & setting New sched. for Hrgs on US Mot to Dismiss Mutual's counterclaims & US & Band's Mots for Partial S/J--all discovery shall be completed on or before 9-7-79., a formal P/T conf set for 10-1-79., Memos of contentions of fact & law shall be fld 15 days prior to the P/T., By 9-21-79 plntfs shall serve & lodge a proposed P/T conf Ord-Hrg the Mot to Dismiss Mutuals counterclaims & the mots for Partial S/J shall be heard on 7-16-79 & Ord thereon. (S) |
| 7-10-79 | | Fld Stip & Ord setting New sched. for briefing & Hrg on US's Mot to dismiss Mutuals counterclaims and US's and Bands' Mots for Partial S/J--Escondido Mutual Water Co., & Vista Irrigation Dist. shall have until 7-16-79 to file theri opposition to the US's & Band's Mots for Partial S/J. The US Shallhave until 8-6-79 to file any reply Memos, Hrg of both the Mot to dismiss & for Patital S/J shll be on 8-13-79 @10:30am. (S) |
| 7-16-79 | | Fld VISTA IRRIGATION DISTRICT'S Memo of P/A's in opposition to US'a & Bands's Mot for Partial S/J t/w Proof of Svc. |
| | | Fld Affid of DONALD R. LINCOLN, t/w Memo in Opposition to US' Mot to Dismiss Escondidos Counterclaims t/w Cert of Svc. |
| 7-18-79 | | Ent ord GOOD CAUSE APPEARING, and on the Crts own Mot the date of 8-13-79 for hrg mots in the above entitled causes is vacated and reset for hrg at @10:30am on 8-20-79 in Crt Rm 1. (S) |
| 8-6-79 | | Fld Mmeo in Oppsoition to US's and Bands's Mot for Partial S/J on behalf of Escondido t/w Appendix to Memo in opposistion & Cert of Svc/ |

DC-111A REV. 11/781

Received at: 9:07AM, 5/28/2008

MAY. 28. 2008  8:53AM   NARA  Reproduced from the holdings of the National Archives and Records Administration  NO. 9411   P. 42
Pacific Region (Laguna Niguel)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 72-0271-S |
|---|---|---|
| U.S.A. | ESCONDIDO MUTUAL WATER CO., et., al., | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8-14-79 | | Fld Stip that the US shll file its reply to the Defts Memoranda in opposition to the Govts Mot for Partial S/J and its reply to the Memoranda fld by Escondido Mutual in opposition to the Govts Mot to Dismiss by 8-13-79 & that the Plntf Indian Bnads shall also file its reply to the Defts Memoranda in Opposition to the Govts Mot for Partial S/J by 8-13-79 & Ord thereon. (S) Fld Reply Memo of the Rincon and La Jolla Bands of Mission Indians in support of Mot for S/J, t/w Reply Memo of the Rincon and La Jolla Bands of Mission Indians in support of Mot of the US to Dismiss Escondidos counterclaims & Cert of Svc. |
| 8-14-79 | | Fld Reply Memo of the US in support of its mOt for Partial S/J t/w Reply Memo of the US in support of tits mot to Dismiss Escondido Mutuals Counterclaim & Cert of Svc. |
| 8-16 | | Ent. ord. good cause apprg. cont. to 8-27-79 at 9am -date of 8-20 vacated. (S) |
| 8-27 | | Ent ORD hrng on mots - Indians' mot to join in mot for partial S/J GRANTED. Govt's mot for partial S/J - GRANTED as to 1st, 2nd, 3rd, 4th, 6th & 7th defenses. Govt's mot to DISM MUTUAL's counterclaims - GRANTED as to 1st & 3rd, DENIED as to 5th through 10th. Pltf's to prepare ORD re mots ruled on. Pltfs' cnsl to submit any further briefs in reply to supplemental P/As fld 8-27-79. After these briefs have been fld, the major mot for S/J is deemed submitted. LODGED "HOUSE REPORT ON INDIAN AFFAIRS". (Given to Judge). (S) Fld suppl MEMO in opposition to the mot of U.S. & INDIAN BANDS for partial S/J |
| 9-4-79 | | Fld Reply Memo of the USA to the Supplemental Memo submitted by the Deft Escondido Mutual Water Co. LODGED Proposed Order. Fld Supplemental Memo of the La Jolla & Rincon Bands of Mission Indians, t/w Cert of Svc. |
| 9-4-79 | | Fld Escondidos Comments on and Modifications to Plntfs Proposed Findings and conclusions RE Partial S/J Mot t/w Cert of Svc. |
| 9-6-79 | | Fld Second Supplemntal Memo of the La Jolla and Rincon Bands of Missi Indians in support of Mot for Partial S/J t/w Cert of Svc. |
| 9-7-79 | | Fld Second Supplemental Memo in Opposition to the Mot of the US & Indian Bands for Partial S/J. |
| 9-11-79 | | Fld Bands' Response to Escondidos comments concerning proposed Findi of Fact & Conclusions of Law t/w Cert of Svc. Fld Escondido's Reply to Supplemental Filings by the Bands t/w Cert of Svc. Fld. Memo dec w/ord. that the 1894 contract is void to the extend it purports in any way to affect the int. of Bands' pertaining to reserv tions lands or water rights for failure to comply w/prcds 8 of MIRA; 1894 contract is not void for failing to comply w/28:81 it is valid t the extent that it grants a right of way across the Potrero Reservat. for the canal & permits the diversion of river water into the canal; The 3-25-78 permit approved by the Sec. & purporting to grant a right of way for a canal across the Potrero Rincon & San Pasqual Reser. confers no valid rgt of way to EMW for its canal; the 1914 contract is void ab initio to the extent that it purports to alienate or con- vey the 1.72 acres of alnd on which the Rincon Power plant was constructed: further that it is void to the extnet that it purports t be a conveyance or Limit of the Rincon's water rgts in the San Luis |

Case 3:72-cv-00271-S   Document 1   Filed 05/28/08   Page 9 of 10
Received at: 9:07AM, 5/28/2008
MAY. 28. 2008  8:54AM      NARA  Reproduced from the holdings of the National Archives and Records Administration  NO. 9411    P. 43
                                  Pacific Region (Laguna Niguel)

DC 111A (Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 72-271-S |
|---|---|---|
| USA | ESCONDIDO MUTUAL WATER CO., | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9-11-79 | CONT | -Rey River; the 1922 contract is void ab initio to the extend that it purports to be a conveyance or limitation of the Bands' water right in the San Luis Rey River (ENT 9-11-79)(S) Fld Order that US's Mot for partial S/J seeking a Dec to that effect is GRANTED-Crt lacks jurisdiction over the two counterclaims fld by the Deft ESCONDIDO MUTUAL seeking Dec relief under Tucker act. The US's Mot to dismiss these two counterclaims is GRANTED. A waiver of sovereign immunity is not required for this crt to have jurisdiction over counter- claims asserted against the US which seek recoupment. The 6 conterclaims for recoupment fld by the Deft Escondido Mutual which are based upon intentional and negligent misrepresentation, indemnity and contribu- tion are properly before this Crt. The US's Mot to dismiss these counter- claims for recoupment is DENIED. ENT 9-11-79)(S) |
| 9-17-79 | | Fld Response of the US to the Escondido Mutuals proposed findings of fact & conclusions of law t/w Cert of Svc. |
| 9-20-79 | | Fld Ntc of Mot set 10-29-79 @10:30am, t/w Mot to Amend Memorandum Decision & Memo of P/A's in support & Cert of Svc. |
| 9/24/79 | | Fld ntc of change of counsel making Kenneth A. Marra & William A. White now the counsel of record t/w cert of serv. |
| 9-27-79 | | Fld memo of the U.S. in support of the Rincon & La Jolla Bands Motion to amend the memo decision of 9-11-79, T/W certificate of service. |
| 9/28 | | Ent ord good cause appearing, and on the crt's own mot, the Pre-Trial hrg date of 10/1/79 in the above entitled causes is ordered vacated, to be reset at the mot hrg on 10/29/79 at 10:30 am. (S) Mld cys9/28/79. |
| 10/3 | | Fld stip that the pre-trial conference scheduled for 10/2/79 will be rescheduled for 11/13/79.(S) Fld stip that the hrg on the mot fld by the Rincon & La Jolla Bands for a mod of the crt's memo decision of 9/11/79 shall be rescheduled for 11/5/79 at 10:00 am or as soon thereafter as the crt may hear the mot.(S) |
| 10/8 | | Fld ntc of mot requesting amendments to ord & to memo of decision on mot for partial summary judgment t/w cert of serv by mail. Fld memo of P/As in supp of mot to amend ord & memo decision. Fld mot requesting amendments to ord & memo of decision on mot for partial summary judgment. |
| 11/5 | | Fld stip that hrg on mot to be heard on 11/5/79 be rescheduled to be heard on 12/17/79 at 10:30 am ; Trial date of 11/13/79 be vacated & the new date for P/T confer on 12/17/79.(S) |
| 12/3 | | Fld Ntc of Mot for Further, Necessary & Proper Relief of the U.S & the La Jolla and Rincon Bands on 1/14/80 at 10:30 am.t/w cert of serv by mail. Fld Mot for further, Necessary, & Proper Relief of the U.S. & the LA JOLLA & RINCON BANDS t/w Memo of the U.S. & the LA JOLLA & RINCON BANDS in supp of its Mot for Further, Necessary & Proper Relief t/w exhibs & attachments. |
| 12/4 | | Fld amended Ntc of Mot t/w cert of srv by mail. |
| 1980 1/2 | | Fld deft's memo in oppos to plntfs' mot to amend the crt's memo deci- sion of 9/11/79 t/w exhibs t/w cert of serv. FLD supplemental memo in supp of defts request for cert t/w cert of serv & mailing list. Exhibits to supplemental emeo in supp of deft's request for cert. |
| 1/8 | | Fld plntfs' reply to deft's supple memo as it relates to plntfs' mot for further, necessary & proper relief t/w cert of serv. |

Reproduced from the holdings of the National Archives and Records Administration
Pacific Region (Laguna Niguel)

DC 111A (Rev. 7/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | | DEFENDANT | DOCKET NO. 72-271-S |
|---|---|---|---|
| U.S.A. | | ESCONDIDO MUTUAL WATER CO., | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1/9 | | Fld amended ord that this court is of the opinion that the iss disposed of in this ord involve controlling questions of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the ord may materially advance the ultimate termination of the litigation.(Ent 1/10/80)(S) Fld amended memo of decision & ord on Mot for Partial S/J. Ent ord hrg mots: Plntfs' mot to mod crt's ord-GRANTED except that footnote 5 stands.; Defts' mots to amend crt's ord-GRANTED-memo decision & ord dated 9/11/79 certified for interlocutory appeal under 28:1292; Plntfs; Mot for further, necessary & proper relief DENIED; Plnts' conditional mot requesting amendment to memo decision granting partial S/J-DENIED; P/T setting-ord off calendar; Defts to prepare ord covering this hrg & submit to plntfs for approval; Crt will amend memo decision dated 9/11/79 to delete certain portions according to its ruling, & will amend the ord to include cert for interlocu appeal.(S) |
| 1/17 | | Fld ord re plntfs' mot to amend the crt's memo decision; deft' mot to amend the crt's ord & memo decision; Plntfs' mot for further, necessary & proper relief; and plntfs; conditional mot to amend the crts's memo decision.(S)(Ent 1/17/80) |
| 4/18 | | Recv'd ord from the USCA that the petition for permission to appeal pursuant to 28:1292(b) is denied. |
| 6-27-80 | | Fld notice of motion and motion to impose conditions on reconstruction of henshaw dam to require flows past diversion Dam.  NOTICED FOR 7-14-80 at 9am, T/W memo of P&A's and affid of Robert S. Pelcyger. Exh A attched. |
| 6-27 | | Fld notice of motion and motion for fur partial summary judgment NOTICED FOR 9-5-80 at 9am, T/W memo of U.S. and the Rincon & La Jolla Bands in support of their mot for fur partial summary judgment. LODGED PROPOSED findings of fact and conclusions of law and Judgment. Exhs A,B,C,D & F attached. |
| 7-7 | | ALL ENTRIES MADE IN 69-217-S |
| 8/9 | | Ent ord good cause appearing to the ocurt, and on the court's own mot thses cases presently set for hrg on 8/16/82 at 10:30a.m. are hereby cont to 8/23/82 at 10:30a.m.(S). |
| 8/11 | | Ent ord good cause appearing to the court, and on the court's own mot these cases presently set for hrg on 8/16/82 at 2:00p.m. are hereby cont to 8/23/82 at 2:00p.m.(S). |
| 10/28 | | Lodged cmplt in intervention by pltf-intervenor san Pasqual Band of Mission Indidans Fld not of mot not for 11/15/82 at 10:30a.m. Fld mot to intervene. Fld memo of law in support of the San Pasqual Band of Mission Indian's mot to Intervene. Fld affidavit of Kenneth A. Marra.' Fld amenad not of mot to be noted for 11/15/82 at 2:00p.m. Fld certificate of serv as to entrys filed on 10/28/82. |
| 1985 1-21 | -- | Ent Ord, Cont'd to 7-23-85 at 9:00 a.m. for P/T Hrg (S) |